## Howard C. Meissner, Appellee, v. Josephine Meissner, Appellant.

### Gen. No. 42,731.

opinion filed May 29, 1944. Charles Edward Newton, for appellant; Samuel M. Starr, for appellee; Stephen J. Sullivan, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**